DONNA BOYLEN ET AL. *v.* GERALD LOGAN

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 714 (AC 20218), is denied.

BORDEN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Peter Harvey,* in support of the petition.

*Brendan T. Flynn,* in opposition.

Decided January 3, 2001

DONNA MCCORMICK *v.* STOP AND SHOP SUPERMARKET COMPANY, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 910 (AC 20404), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Brian W. Prucker,* in support of the petition.

Decided January 3, 2001